UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 14-05687 |
| Deborah Culler | ) | |
| | ) | MOTION FOR VOLUNTARY DISMISSAL |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

Through her undersigned attorney, Debtor hereby moves for the dismissal of her Chapter 13 case pursuant to 11 U.S.C Section 1307(b).

\_\_/s/ Deborah Culler\_\_


\_\_/s/ Daniel A. Stone_____
Daniel A. Stone; # 8807
Stone Law Firm, LLC
7425 Broad River Rd.
Irmo, SC 29063
(803) 407-6565

Date: 10/16/2018
Irmo, South Carolina

## **CERTIFICATE OF SERVICE**

I , Daniel A. Stone, certify that I have served the above-mentioned Motion of Voluntary Dismissal on all creditors and parties in interest entitled to such notice, as listed below by depositing same in the United States mail by First Class postage affixed thereto:

William K Stephenson, Jr (VIA ELECTRONIC ONLY)
Chapter 13 Trustee

        STONE LAW FIRM, LLC

        __/s/_Daniel A. Stone_____
        Daniel A. Stone, #8807
        7425 Broad River Rd..
        Irmo, SC 29063
        (803) 407-6565/ 407-3345

10/16/2018

BANK OF NORTH CAROLINA
PO BOX 1148
THOMASVILLE NC 27361

BROCK AND SCOTT
3800 FERNANDINA RD
STE 110
COLUMBIA SC 29210

BROCK AND SCOTT
1315 WESTBROOK PLAZA
WINSTON SALEM NC 27103

CITY OF COLUMBIA
1336 WASHINGTON ST.
COLUMBIA SC 29201

FCI MORTGAGE
PO BOX 27370
ANAHEIM CA 92809

GREENTREE
PO BOX 6172
RAPID CITY SD 57709

JAMES SUTTON
314 DUKE AV.
COLUMBIA SC 29203

LOTT & SEARCY, LLP
3022 MILLWOOD AV.
COLUMBIA SC 29205

RICHLAND COUNTY TREASURER
PO BOX 11947
COLUMBIA SC 29211

SANTANDAR
PO BOX 961245
FORT WORTH TX 76161

WELLS FARGO
PO BOX 98751
LAS VEGAS NV 89193